# Court of Appeals
# of the State of Georgia

ATLANTA,  July 26, 2023

*The Court of Appeals hereby passes the following order:*

**A24E0002.  JAY R. PATEL et al v. MUKESH C. PATEL et al.**

Upon consideration of the Rule 40 (b) motion that was filed in this Court on July 24, 2023, the motion is hereby DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/26/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*